COMMONWEALTH of Pennsylvania, Appellee,

v.

Zachary WILSON, Appellant.

Supreme Court of Pennsylvania.

July 14, 1995.

*ORDER*

PER CURIAM:

AND NOW, this 14th day of July, 1995, the Execution in the above captioned matter is stayed pending resolution of the Petition

for Certiorari by the United States Supreme Court.

MONTEMURO, J., is sitting by designation.